NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL DUVAL,                    )
                                 )
        Appellant,               )
                                 )
v.                               )          Case No. 2D18-2867
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Sarasota County; Charles E.
Roberts, Judge.

Howard L. Dimmig, II, Public
Defender, and Kevin Briggs,
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine
Coombs Cline, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


                Affirmed.


LaROSE, LUCAS, and ATKINSON, JJ., Concur.